# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 19, 2007

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      *Plaintiff-Appellee,*<br><br>No. 05-4327           v.<br><br>JAMES R. GIBSON,<br>      *Defendant-Appellant.* | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Appeal from the United<br>States District Court for<br>the Southern District of<br>Illinois<br><br>No. 01 CR 30005<br><br>J. Phil Gilbert,<br>Judge. |

     **IT IS ORDERED** that the judgment of this court, dated March 16, 2007, is **VACATED**. Counsel for both parties are directed to comply with the schedule set for supplemental briefing in the order dated March 14, 2007.